# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | | |
|---|---|---|---|
| UNIQUE MICA GREEN, | § | | |
| | § | | |
| vs. | § | Civil Action No. _____ | |
| | § | | |
| AMERIHOME MORTGAGE COMPANY, | § | | |
| LLC AND CENLAR FSB | § | | |

## INDEX OF MATTERS BEING FILED

Pursuant to LOCAL RULE 81.5, Defendant AmeriHome Mortgage Company, LLC ("AmeriHome") files this index of all matters being filed in connection with this removal.

| EXHIBIT | DOCUMENT DESCRIPTION | DATE |
|:---:|---|:---:|
| 1 | Harris County Docket Sheet | n/a |
| 2 | Plaintiff's Original Petition | 1/03/2020 |
| 3 | Pauper's Affidavit | 1/03/2020 |
| 4 | Signed Temporary Restraining Order | 1/03/2020 |
| 5 | Citation and CM/RRR Receipt to AmeriHome | 1/06/2020 |
| 6 | Citation and CM/RRR Receipt to Cenlar | 1/06/2020 |
| 7 | Defendants' Original Answer | 1/15/2020 |
| 8 | Fort Bend Central Appraisal District Records | n/a |
| 9 | List of Counsel of Record | n/a |
| 10 | Deed of Trust (Inst. No. 2018-069727) | 6/22/2018 |
| 11 | State Court Notice of Removal | n/a |